In the Matter of the Accounting of Friend L. Tuttle, as Surviving Executor and Trustee under the Will of Richard E. Allen, Deceased. Friend L. Tuttle, Individually and as Surviving Executor and Trustee under the Will of Richard E. Allen, Deceased, Respondent and Appellant; Charles O. Woolley et al., as Executors of Emily A. Woolley, Deceased Coexecutor and Cotrustee under the Will of Richard E. Allen, Deceased, et al., Appellants and Respondents.

Argued November 30, 1953; decided January 15, 1954.

*Ralph Stout, Floyd Martin Sheffield,* appellant-respondent in person, and *Milton Greenebaum* for appellants-respondents.

*Richard Steel* for respondent-appellant.

Decree affirmed, with costs to all parties appearing separately and filing separate briefs, payable out of the estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.